UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Scottrade, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:07-cv-01982 CAS |
| | ) | |
| Modern Energy Corporation; First Public | ) | |
| Securities Transfer Corporation; Merrill Lynch, | ) | |
| Pierce Fenner & Smith, Inc.; Ridge Clearing & | ) | |
| Outsourcing Solutions, Inc.; Penson Financial | ) | |
| Services, Inc., and E*Trade Financial | ) | |
| Corporation; | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST FOR ALIAS SUMMONS

Comes now Plaintiff Scottrade, Inc. and respectfully requests that the Court issue an alias summons for Defendant First Public Securities Transfer Corporation ("First Public"), whose registered agent in California is California is list as Alice G. Navao, 4722 Ponderay Lane, Sacramento, CA 95841.

Plaintiff filed this action on November 29, 2007. At that time, Plaintiff requested a Summons for Service on First Public upon their registered agent in their state of incorporation. Plaintiff sent the Summons, Petition and related documents to the Lincoln County Sheriff for service upon First Public's registered agent R. Burns at the address listed with the Oregon Secretary of State of 6 Coronado Shores, Lincoln City, OR 97367. Sheriff's Deputy B. Bruster attempted to serve R. Burns at this address but was unable to do so because there is no Coronado Shores Street. Coronado Shores is a Housing Tract Name. There are numbered mail boxes in the club house for tenants, but the #6 box is held by Don and Gale Chestnut. See Return of Service. Non-executed, filed December 13, 2007, Docket #31.

4640820.1

Plaintiff therefore respectfully requests that the Court issue an alias summons for service upon Defendant First Public in the state in which they allegedly do business.

Respectfully submitted,

THOMPSON COBURN LLP

By: *[signature]*
Thomas E. Douglass, #3008
Kenton E. Knickmeyer, #3577
Mark A. Mattingly, #525559
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

Attorneys for Plaintiff Scottrade, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Request for Alias Summons was served via First Class Mail, postage prepaid, on this, the 13th day of December, 2007, on:

| | |
|---|---|
| Donald Mehan<br>Robert J. Osdieck<br>MOLINE AND MEHAN, LLC<br>8015 Forsyth Boulevard<br>St. Louis, Missouri 63105<br><br>Attorney for Modern Energy | Joseph F. Devereux<br>Vicki Little<br>DEVEREUX AND MURPHY<br>190 Carondelet Plaza, 11th Floor<br>St. Louis, Missouri 63105<br><br>Attorney for E*Trade |
| David B. Cosgrove<br>Law Offices of David B. Cosgrove, LLC<br>1452 Oriole Place<br>St. Louis, Missouri 63144<br><br>Attorney for Modern Energy | Edwin L. Noel<br>F. Scott Galt<br>ARMSTRONG TEASDALE LLP<br>One Metropolitan Square, Suite 2600<br>St. Louis, Missouri 63102<br><br>Attorneys for Merrill Lynch |
| Adam Behar<br>Mark Digidio<br>Ridge Clearing and Outsourcing Solutions, Inc.<br>26 Broadway, #12<br>New York, NY 10004<br><br>Counsel for Defendant Ridge Clearing | Brian Hurst<br>Baker & McKenzie, LLP<br>2300 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, TX 75201<br><br>Counsel for Defendant Penson |
| Alice G. Navao<br>4722 Ponderay Ln<br>Sacramento, CA 95841<br><br>Registered Agent for First Public | /s/ signature |

# United States District Court

EASTERN DISTRICT OF MISSOURI

Scottrade, Inc.

ALIAS SUMMONS IN A CIVIL CASE

v.                                      CASE NUMBER: 4:07-CV-01982 CAS

Modern Energy Corporation; The Depository Trust Company; First Public Securities Transfer Corporation; National Securities Clearing Corporation; Merrill Lynch, Pierce Fenner & Smith, Inc.; Ridge Clearing & Outsourcing Solutions, Inc.; Penson Financial Services, Inc.; and E*Trade Financial Corporation

TO: (Name and address of defendant)

First Public Securities Transfer Corporation, by serving their registered agent Alice G. Navao, 4722 Ponderay Lane, Sacramento, CA 95841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Douglas, Esq. and Kenton E. Knickmeyer, Esq., Thompson Coburn LLP, One U.S. Bank Plaza, Suite 2600, St. Louis, MO 63101

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| | |

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____    _____<br>　　　　　　　　　Date　　　　　　　　　　　　　　　Signature of Server<br><br>　　　　　　　　　　　　　　　　　　　　　　　　_____<br>　　　　　　　　　　　　　　　　　　　　　　　　Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.