UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTTRADE, INC., | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Case No.  4:07CV01982 HEA ) |
| MODERN ENERGY CORPORATION, et al., | ) ) ) |
|     Defendants. | ) |

### CLERK'S ORDER ON MOTION FOR ENTRY OF DEFAULT

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendants Modern Energy Corporation and First Public Securities Transfer Corporation [Doc. # 67] pursuant to F.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon Defendant Modern Energy Corporation on November 30, 2007. [Doc. # 14] This Defendant has failed to file an answer or other responsive pleading within the time required by F.R.Civ.P. 12.  Defendant First Public Securities Transfer Corporation has not been properly served in accordance with F.R.Civ.P. 4 as the summons was served on a person other than the registered agent. [Doc #53]

    Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant Modern Energy Corporation,  [Doc. # 67] is **GRANTED**, and the default of this defendant is hereby entered.   The motion is **DENIED** with respect to Defendant First Public Securities Transfer Corporation.

*James G. Woodward*
_____
JAMES G. WOODWARD
CLERK OF COURT

Dated this 11th day of February, 2010.